**EXHIBIT I**



About ▾    For Enterpreneurs ▾    Investments    Media Center    Contact Us

# Quantum Wave Fund
Riding the wave of quantum technology revolution

Home / Contact



**530 Lytton Ave**

530 Lytton Ave, Palo Alto, CA 94301, USA

Directions    Save

View larger map

530 Lytton Avenue

DOWNTOWN NORTH

©2016 Google - Map data ©2016 Google    Terms of Use    Report a map error

## Contact Details

530 Lytton Avenue, 2nd Floor,
Palo Alto, 94301 CA, USA

E: contact@quantumwavefund.com

H: Monday - Friday: 9:00 AM to 6:00 PM

## Send us a Message

Full Name:

Phone Number:

Email Address:

Quantum Wave Fund I L.P.



Message:

Send Message

# Quantum Wave Fund I Portfolio











Copyright © Quantum Wave Fund I L.P., 2015